**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jovan JORDAN, a/k/a Javon Jordan,**
**Defendant–Appellant.**

**No. 11–6247.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 24, 2011.

Jovan Jordan, Appellant Pro Se. Richard Daniel Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jovan Jordan appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jordan,* No. 3:05–cr–00486–HEH–2 (E.D.Va. Jan. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*